UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-23508-CIV-LENARD/O'SULLIVAN

HARRIUS JOHNSON, *Pro Se*,
    Plaintiff,

v.

MIAMI-DADE COUNTY,
    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on the Defendant's Motion to Dismiss and Memorandum of Law in Support (DE# 6, 10/17/12). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the plaintiff shall file a response to the Defendant's Motion to Dismiss and Memorandum of Law in Support (DE# 6, 10/17/12) on or before **Thursday, November 15, 2012**. The failure to file a response may result in a recommendation that the Defendant's Motion to Dismiss and Memorandum of Law in Support (DE# 6, 10/17/12) be granted in its entirety. Rule 7.1(c), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> [E]ach party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1(c) (Emphasis supplied).

DONE AND ORDERED, in Chambers, in Miami, Florida, this **29th** day of October, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Lenard
All counsel of record

Copies mailed by Chambers to:
Harrius S. Johnson
11173 N. Kendall Drive #F107
Miami, FL 33176